## Thompson *v.* Melnick et al., Appellants.

Argued September 16, 1966. *Samuel Melnick,* appellant, in propria persona; *Henry I. Einbinder,* with him *Kaiser & Karabel,* for appellee.

Order affirmed.

## Tucker, Appellant, *v.* Smith.

Argued September 15, 1966. *Francis H. S. Ede,* for appellant; *Joseph F. Leeson,* with him *Kolb, Holland, Antonelli & Heffner,* for appellees.

Order affirmed.

HOFFMAN, J., absent.

## Turner, Appellant, *v.* Brescia.

Argued September 16, 1966. *Alan R. Kutner,* with him *Malcolm H. Waldron, Jr.,* for appellant; *Reeder R. Fox,* with him *James J. McCabe, Jr.,* and *Duane, Morris & Heckscher,* for appellee.

Order affirmed.